IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie James Bush, Jr.,                :
                                       :
       Plaintiff(s),             :
                                       :   Case Number: 1:13cv574
   vs.                                 :
                                       :   Chief Judge Susan J. Dlott
Jewish Hospital  - Mercy Hospital, et al.,   :
                                       :
       Defendant(s).             :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 19, 2013 a Report and Recommendation (Doc. 5).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any order adopting the Report and Recommendation will not be taken in good faith, therefore, **DENYING** plaintiff leave to appeal *in forma pauperis.  See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.  *See*

*Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

      IT IS SO ORDERED.

                                      ___s/Susan J. Dlott_____
                                      Chief Judge Susan J. Dlott
                                      United States District Court